# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DARRYL A. BELL, | : No. 39 EAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered on July 24, |
| | : 2014 at No. 181 MD 2013 |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED**.